IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| MICHAEL DAVID MCCALL (1) | 3-18CR-240-B |

# INDICTMENT

The Grand Jury Charges:

Count One
Felon in Possession of a Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(e))

On or about January 14, 2018, in the Dallas Division of the Northern District of Texas, the defendant, **Michael David McCall**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith and Wesson, Model SW40VE, .40 caliber handgun, bearing serial number DYH0751.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Michael David McCall**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1) a Smith and Wesson, Model SW40VE, .40 caliber handgun, bearing serial number DYH0751; and

(2) any ammunition recovered with the firearm.

**Indictment - Page 2**

A TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:   214.659.8617
Fax: 214.659.8805

Indictment - Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MICHAEL DAVID MCCALL

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(e)
Felon in Possession of a Firearm

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                                          FOREPERSON

Filed in open court this 8th day of May, 2018.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending